IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAROLYN D. VASSAR | ) Case No. 14 B 46045 |
| | ) |
| And Attached List of Cases | ) |
| | ) |
| | ) |

## AGREED SUBSTITUTION OF ATTORNEY

### AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Joseph Olstein and Chad Hayward hereby agree to substitute the appearance of Joseph Olstein for Chad Hayward and withdraw the appearance of Joseph Olstein for the above case AND the attached list of cases, as follows:

**COUNSEL APPEARANCE WITHDRAWN:**
Joseph Olstein
The Law Offices of Chad M. Hayward, P.C.
205 West Randolph Street, Suite 1310
Chicago, IL 60606

**COUNSEL SUBSTITUTING AND APPEARING**
Chad Hayward
The Law Offices of Chad M. Hayward, P.C.
205 West Randolph Street, Suite 1310
Chicago, IL 60606

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES\*\***

AGREED TO BY BOTH PARTIES

/s/ Joseph Olstein    /s/ Chad Hayward

RESPECTFULLY SUBMITTED
/s/ Chad Hayward
The Law Offices of Chad M. Hayward, P.C.
205 West Randolph Street, Suite 1310
Chicago, IL 60606
312-867-3640

| | |
|---|---|
| 13-24657 | Angela S. Cannon |
| 13-27743 | Brandon J. Galloway and Kathy G. Galloway |
| 13-30619 | Guillermo Junez |
| 13-31449 | Juan Aberlardo Zabaleta and Maryse Roymonde Zabaleta |
| 13-31495 | Krzysztof Opiola and Malgorzata Opiola |
| 13-32288 | Connie J. O'Reel |
| 13-34380 | Ramon G. Gonzalez, Jr. and Rosemary K. Gonzalez |
| 13-35347 | Tyrone Stephen Warner |
| 13-35349 | Doris L. Bowens |
| 13-35555 | Robin R. Dryier and Amanda L. Dryier |
| 13-36749 | Daveeno G. Hines |
| 13-36933 | Leonardo John Salemi |
| 13-37274 | Dobrinka A. Kovatcheva |
| 13-38811 | Ebony M. Jamison |
| 13-39018 | Laura Kay Viscusi |
| 13-39218 | Delilah Yvette Larson |
| 13-39983 | Jessica Lashay Johnson |
| 13-40228 | Zdzislaw Piecuch |
| 13-40928 | Mark A. Trujillo |
| 13-42935 | Timothy Joseph Delany and Carol Sue Delany |
| 13-43253 | Gordon W. Low |
| 13-43255 | Charles E. Bailey |
| 13-43986 | Valerie L. Lee |
| 13-45523 | Jennifer Ann Hughes |
| 13-44847 | Jaquita Yvonne Roberts |
| 13-45558 | Michael Lee Williams |
| 13-46353 | James W. Barkley, Jr. and Lynne D. Barkley |
| 13-46865 | Gwynne E. Noble |
| 13-46902 | Patrice S. Huckleberry |
| 13-46911 | Provvidenza Tusa |
| 13-47289 | LaTashia S. Reed |
| 13-47349 | Raymond S. Bobek |
| 13-47753 | Joseph Sharon Henderson |
| 13-47799 | Star N. Wilson |
| 13-48461 | Itaf N. Daifallah |
| 13-48543 | Ebony Monique Jordan |
| 13-48591 | Valerie Jones |
| 13-48630 | Cherin Khanania |
| 14-00249 | Vicente Rivera |
| 14-00315 | Norma Curet |
| 14-00316 | Ariel R. Ford |
| 14-00324 | Robert L. Fourte |
| 14-00902 | Kimberly M. Dabbs |
| 14-01265 | Kurt Reitzner |
| 14-01574 | Megan F. Parr |
| 14-01743 | Steven P. Gumm |
| 14-02068 | Nikisha Goodwin-Yancy |
| 14-02791 | Linnette Yvonne Bailey |
| 14-02794 | Latasha Hall |
| 14-03540 | Jaime Lagunero Robinos |
| 14-03815 | Joan M. Evans |

| | |
|---|---|
| 14-04070 | Kristine A. Tassone |
| 14-04090 | Ferdinand Perez |
| 14-04561 | Kingston M. Hollman |
| 14-04663 | Daniel Roundy, Sr. and Barnett Roundy |
| 14-04695 | Johnny B. Johnson and Christine Johnson |
| 14-05289 | Ann T. Richards and George M. Richards |
| 14-06199 | Keara Moore |
| 14-06571 | Frank J. Barta |
| 14-07799 | Brian W. Holleran and Sharman Y. Holleran |
| 14-10017 | Arneita E. Glenn |
| 14-10310 | Katherine A. McCann |
| 14-10326 | Levi Stewart, Sr. |
| 14-10966 | Thomas C. Rangel |
| 14-11247 | Sabrina Lewis |
| 14-14904 | Christopher H. Lorek |
| 14-16242 | Sammy D. Smith |
| 14-16465 | Marta L. Pina and Alberto Pina |
| 14-16717 | Brittany Antonette Hayes |
| 14-17918 | Shawnta M. Lacey |
| 14-17956 | Kevin D. Hopkins |
| 14-18213 | Vicente Gutierrez and Elida Gutierrez |
| 14-18640 | Leonard Bailey |
| 14-18892 | Piotr Knopf |
| 14-20753 | Jill Prusak |
| 14-21062 | Reginald Eugene Anderson |
| 14-21753 | James Earl Stiff |
| 14-22154 | Jessica D. Robinson |
| 14-22960 | Doreen M. Urbina and Juan M. Urbina, Jr. |
| 14-23041 | Kenneth Hamilton, Sr. |
| 14-23455 | Minnie R. Scott |
| 14-23608 | Joan M. Evans |
| 14-24354 | Kecha Chambers |
| 14-25087 | Karla G. Salmeron |
| 14-25440 | Scott Lohmann |
| 14-25552 | Maria Kallis-Lopez |
| 14-25579 | Michelle Franklin |
| 14-26136 | Chevelle D. Williams |
| 14-26177 | Janeen D. Courtney |
| 14-26178 | Daneen C. Lemons |
| 14-26791 | Nina Marie Morton |
| 14-26850 | Tiana Jackson |
| 14-27770 | Craig Jean Scholla |
| 14-28196 | Antoinette Stansberry |
| 14-28372 | Richard M. Fahlmark |
| 14-28660 | Randy T. Bland |
| 14-28997 | Adrena Trice |
| 14-29009 | Babbie Williams |
| 14-29804 | Cindy Castro |
| 14-29819 | Timothy Brandon Green |
| 14-29828 | Jason Gonzalez |
| 14-29890 | Leavitta A. Rogers-Houston and Ronald B. Rogers-Houston |

| | |
|---|---|
| 14-29910 | Jonathan D. Lawrence |
| 14-30032 | Robert A. Johnson and Rejoina Porter |
| 14-30528 | Dwayne Roosevelt Thrash |
| 14-20533 | Scott C. Hostynski |
| 14-31325 | Francine Sygrid Dower |
| 14-31675 | Verrell Reed |
| 14-33058 | Hamath D. Muhamad and Mary J. Muhamad |
| 14-33185 | David A. Barajas |
| 14-33257 | Rebecca B. Battista-Sullivan |
| 14-33330 | Seon Young Sonya Park |
| 14-33355 | Lee S. Watt and Shirley Watt |
| 14-33660 | Tamara Latrice Locke |
| 14-33943 | Chantal M. Wiley |
| 14-33959 | Maurice D. Reed |
| 14-34384 | Edwin Reyes |
| 14-34750 | Tanyalaia Takai Shanice Williams |
| 14-34773 | Samuel J. Kramer |
| 14-00711/14-14904 | Jadin v. Lorek |
| 14-35386 | Mustafa M. Ghusein and Ohood T. Ghusain |
| 14-35639 | Priscilla S. Gulley |
| 14-36104 | Jerry Madison |
| 14-36219 | Paulina Ezebelle Canales |
| 14-36269 | Nelida M. Enriques |
| 14-36284 | Arlene Williams |
| 14-36593 | Elizabeth B. Mondeh |
| 14-37048 | John M. Kolconay |
| 14-37085 | Navia N. Kimble |
| 14-37110 | Calvin Taylor and Antoinette Taylor |
| 14-37254 | Darnell Fitzgerald Brock |
| 14-37255 | Felice Vanaria and Renee Vanaria |
| 14-37391 | Sajida Sultana and Farooq A. Arain |
| 14-37764 | Charles R. Buckmeier |
| 14-37771 | Jerrel D. Johnson |
| 14-37987 | Darmisha Nikay Marks |
| 14-39570 | Jeffrey R. Best |
| 14-39575 | Carol A. Dulceak |
| 14-39669 | Lisa Michelle Taylor |
| 14-39702 | Naile Bal |
| 14-39828 | Rodrigo Flores and Marivel Flores |
| 14-39988 | Michael Martin Loren |
| 14-40082 | Ollie A. Lott |
| 14-40269 | Bruce L. Flamon |
| 14-40468 | Gwendolyn J. Orange |
| 14-40543 | Pamela Buberle |
| 14-40550 | Stanislawa Rawicki |
| 14-40580 | Carla Denise Meadows |
| 14-40721 | Antron Gulley |
| 14-40994 | Victor M. Cervantes |
| 14-41196 | Johnny Lozada |
| 14-41291 | Gwendolin D. Adams |
| 14-41442 | Jessica Moore and Jeffrey Moore |

| | |
|---|---|
| 14-41617 | Tasha L. Evans |
| 14-41754 | Caren Angela Michele Jackson |
| 14-41799 | Grace Samuel |
| 14-42173 | Raven Monique Nunnally |
| 14-42365 | Pierre L. Owens |
| 14-42382 | Ebony M. Jamison |
| 14-83523 | Frank R. Dvorak and Cynthia M. Dvorak |
| 14-42589 | Joel Hernandez |
| 14-42605 | Michael McDonald and Deborah A. Hansen |
| 14-42865 | Kathryn Higgins |
| 14-43388 | Edmund C. Baldwin |
| 14-43537 | Donna Hampton-Smith |
| 14-43832 | Rodney Nathaniel Clopton |
| 14-44265 | Bettina Y. Marshall |
| 14-44745 | Richard A. Alvarado, Jr. |
| 14-83725 | Brenda Dianne Flores |
| 14-44926 | Lynn E. Cousins |
| 14-45028 | Kimberly Ann Howard |
| 14-45077 | Manuel Caro and Maria E. Caro |
| 14-45803 | Tobey M. Taylor |
| 14-45881 | Bobby W. Williams |
| 14-46011 | Anthony Mothershed |
| 14-46031 | Walter L. Szubrych and Cindy R. Szubrych |
| 14-46045 | Carolyn D. Vasser |